IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

FILED
FEB 2 1 2018
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CRIMINAL NO. 18-30022-SMY |
| vs. ) | |
| ) | Title 18, United States Code, |
| RICARDO D. MINOR, ) | Sections 2, 1512(b)(1), 2422(b) |
| ) | and 2423(a). |
| Defendant. ) | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1

#### ENTICEMENT OF A MINOR

From on or about August 17, 2017, until on or about September 3, 2017, in Madison and St. Clair Counties, within the Southern District of Illinois,

**RICARDO D. MINOR,**

defendant herein, did knowingly use a facility of interstate and foreign commerce, to knowingly persuade, induce, entice, and coerce an individual who had not attained the age of 18 years to engage in sexual activity for which a person could be charged with a criminal offense, that is, Aggravated Criminal Sexual Abuse in violation of 720 ILCS 5/11-1.60(d); all in violation of Title 18, United States Code, Section 2422(b).

### COUNT 2

#### TRANSPORTATION WITH INTENT TO ENGAGE IN CRIMINAL SEXUAL ACTIVITY

From on or about June 14, 2017, until on or about September 3, 2017, in Madison and St. Clair Counties, Illinois, within the Southern District of Illinois, and the State of Missouri,

**RICARDO D. MINOR,**

defendant herein, did knowingly transport an individual who had not attained the age of 18 years in interstate commerce from Madison and St. Clair Counties, Illinois to Missouri, with the intent that such individual engage in sexual activity for which a person can be charged with a criminal offense, that is, Statutory Rape, Second Degree, in violation of Section 566.034 RSMo; all in violation of Title 18, United States Code, Section 2423(a).

## COUNT 3

### TAMPERING WITH A POTENTIAL WITNESSES

On or about November 27, 2017, in St. Clair County, within the Southern District of Illinois, and elsewhere,

**RICARDO D. MINOR,**

defendant herein, did knowingly intimidate, threaten, and corruptly persuade, or attempt to intimidate, threaten and corruptly persuade, M.F. to present false testimony that he was not engaged in a sexual relationship with her in an official proceeding; namely, the federal grand jury or a proceeding in the District Court for the Southern District of Illinois, in violation of Title 18, United States Code, Sections 2 and 1512(b)(1).

_Angela Scott_
ANGELA SCOTT
Assistant United States Attorney

_Donald S. Boyce_
DONALD S. BOYCE
United States Attorney

Recommended Bond: Detention