IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CRIMINAL NO. 18-CR-30022-SMY |
| | ) | |
| RICARDO D. MINOR, | ) | |
| | ) | |
| Defendant. | ) | |

**<u>APPLICATION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM</u>**

The United States of America, through its attorneys, Donald S. Boyce, United States Attorney for the Southern District of Illinois, and Angela Scott, Assistant United States Attorney, states as follows:

There is now confined in the St. Louis County Jail in Clayton, Missouri, in the custody of the Warden, Sheriff, or Jailer thereof, the Defendant in the above-entitled case. Said case will be called for an initial appearance/arraignment on the 1st day of March 2018, at the hour of 11 a.m. It is necessary to have said Defendant in the Courtroom of the Honorable Donald G. Wilkerson, Magistrate Judge of the United States District Court, East St. Louis, Illinois, and in order to secure the presence of said Defendant, it is necessary that a Writ of Habeas Corpus ad Prosequendum be issued commanding said Warden, Sheriff, or Jailer to produce said Defendant in order to procure his presence for the initial appearance/arraignment and all other proceedings incident thereto.

WHEREFORE, the United States moves for an order directing the issuance of a Writ of Habeas Corpus ad Prosequendum out of and under the seal of this Court, directed to said Warden, Sheriff, or Jailer, commanding him to have and produce the above-named Defendant in

said United States District Court at said time, and then and there to present said Defendant before the Court and from day to day thereafter as may be necessary; and at the termination of the initial appearance/arraignment in this case, to return the Defendant to the custody of said Warden, Sheriff, or Jailer.

DATED: February 22, 2018

Respectfully submitted,

DONALD S. BOYCE
United States Attorney

*s/ Angela Scott*
ANGELA SCOTT
Assistant United States Attorney
Nine Executive Drive
Fairview Heights, IL 62208
Phone: (618) 628-3700
E-mail: Angela.Scott@usdoj.gov