CJA 23
Rev. 5/98

# FINANCIAL AFFIDAVIT
IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

| IN UNITED STATES | ☑ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below) | LOCATION NUMBER |
|---|---|---|
| IN THE CASE OF | FOR Southern District of Illinois <br> AT East St. Louis, Illinois | |

| PERSON REPRESENTED (Show your full name) | | DOCKET NUMBERS |
|---|---|---|
| Ricardo O. Minor | ☑ 1 Defendant—Adult <br> ☐ 2 Defendant - Juvenile <br> ☐ 3 Appellant <br> ☐ 4 Probation Violator <br> ☐ 5 Parole Violator <br> ☐ 6 Habeas Petitioner <br> ☐ 7 2255 Petitioner <br> ☐ 8 Material Witness <br> ☐ 9 Other | Magistrate <br><br> District Court <br> 18-30022-SMY <br> Court of Appeals |
| CHARGE/OFFENSE (describe if applicable & check box →) ☑ Felony ☐ Misdemeanor <br> 18 USC Section 2422(b), 2423(a), 2, and 1512(b)(1) | FILED <br> MAR 0 1 2018 <br> CLERK, U.S. DISTRICT COURT <br> SOUTHERN DISTRICT OF ILLINOIS <br> EAST ST LOUIS OFFICE | |

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**ASSETS**

**EMPLOYMENT**
Are you now employed? ☐ Yes ☑ No ☐ Am Self-Employed
Name and address of employer: ___
IF YES, how much do you earn per month? $ ___
IF NO, give month and year of last employment Sept. 2017
How much did you earn per month? $ 1,400
If married is your Spouse employed? ☐ Yes ☐ No
IF YES, how much does your Spouse earn per month? $ ___
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ ___

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☑ No
RECEIVED      SOURCES
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES   $ ___   ___

**CASH**
Have you any cash on hand or money in savings or checking accounts? ☐ Yes ☑ No  IF YES, state total amount $ ___

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☑ Yes ☐ No
VALUE      DESCRIPTION
IF YES, GIVE THE VALUE AND DESCRIBE IT   $ 50,000   Home in Cahokia, IL

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
MARITAL STATUS: ☑ SINGLE ☐ MARRIED ☐ WIDOWED ☐ SEPARATED OR DIVORCED
Total No. of Dependents: 0
List persons you actually support and your relationship to them: ___

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: | Creditors | Total Debt | Monthly Paymt. |
|---|---|---|---|
| | Student Loans | $ 100,000 | $ — |
| | Credit Cards | $ 15,000 | $ — |
| | | $ | $ |
| | | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 3-1-18

SIGNATURE OF DEFENDANT
(OR PERSON REPRESENTED) ▶ /s/ Ricardo O. Minor