# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

|  |  |
|---|---|
| UNITED STATES OF AMERICA<br>*Plaintiff*<br><br>v.<br><br>RICARDO D. MINOR,<br>*Defendant(s)* | RECEIVED<br>UNITED STATES MARSHAL<br><br>2018 FEB 22 AM 10 15<br><br>SOUTHERN DIST.<br>Case Number: 18-30022-SMY ILLINOIS<br>E. ST. LOUIS, IL |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   RICARDO D. MINOR                                                  ,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint

☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
COUNT 1: 18 USC 2422(b) – Enticement of a Minor

COUNT 2: 18 USC 2423(a) – Transportation with Intent to Engage in Criminal Sexual Activity

COUNT 3: 18 USC 2 and 1512(b)(1) – Tampering with Potential Witnesses


Date: February 22, 2018                                              *Issuing officer's signature*, Deputy Clerk

City and state:   East St. Louis, Illinois                   JUSTINE FLANAGAN, ACTING CLERK OF COURT
                                                             *Printed name and title*

### Return

This warrant was received on *(date)* 2-22-18, and the person was arrested on *(date)* 3-1-18
at *(city and state)* E. St. Louis, IL.

Date: 3-1-18                                                 *Arresting officer's signature*

                                                             Jim Jackson, DUSM
                                                             *Printed name and title*

AO-442 (Rev. 11/11) Arrest Warrant MODIFIED SDIL(2/2012)