IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CRIMINAL NO. 18-30022-SMY |
| | ) | |
| RICARDO D. MINOR, | ) | |
| | ) | |
| Defendant. | ) | |

**GOVERNMENT'S MOTION TO DISCLOSE GRAND JURY MATERIAL**

NOW COMES the United States of America, by and through its attorneys, Steven D. Weinhoeft, United States Attorney for the Southern District of Illinois, and Angela Scott and Amanda Fischer, Assistant United States Attorneys, and hereby respectfully requests authority to disclose grand jury material to the defense, and in support thereof, states as follows:

1. On December 11, 2018, a superseding indictment was issued charging Defendant Ricardo D. Minor with Enticement of a Minor, Transportation with Intent to Engage in Criminal Sexual Activity, and four counts of Attempting to Obstruct, Influence, and Impede an Official Proceeding. He has a current trial date of January 14, 2019. The Government has provided defense counsel with all of the discovery materials that it has in its possession with the exception of the Grand Jury transcript for the original indictment.

2. There exists grand jury testimony of a necessary government witness, Collinsville Police Sergeant Mark Krug, should this case proceed to trial, which is protected by Federal Rule of Criminal Procedure 6. This material will constitute Jencks Act materials because Sergeant Krug is expected to be a necessary government witness and, although the Government is not required to turn over Jencks Act materials until after the witness testifies, in the interests of preventing any delay in any potential

pretrial matters, the Government is prepared to turn over these materials once the Court rules on its motion.

3. Pursuant to Federal Rule of Criminal Procedure 6(e)((3)(E)(i), the Court may authorize disclosure of a grand jury matter preliminarily to or in connection with a judicial proceeding.

WHEREFORE, the United States respectfully requests that it be given authority, pursuant to Federal Rule of Criminal Procedure 6(e)(3)(E)(i), to disclose these materials to the defense.

Respectfully submitted,

STEVEN D. WEINHOEFT
United States Attorney


/s/ *AngelaScott*
ANGELA SCOTT
Assistant United States Attorney
Nine Executive Drive
Fairview Heights, Illinois   62208
(618) 628-3700   Telephone
(618) 628-3730   Facsimile
E-mail: Angela.Scott@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CRIMINAL NO. 18-30022-SMY |
| | ) | |
| RICARDO D. MINOR, | ) | |
| | ) | |
| Defendant. | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on December 11, 2018, I electronically filed the **Government's Motion to Disclose Grand Jury Material** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

FPD Steve Welby

                                               Respectfully submitted,

                                               STEVEN D. WEINHOEFT
                                               United States Attorney

                                               /s/ *Angela Scott*
                                               ANGELA SCOTT
                                               Assistant United States Attorney
                                               Nine Executive Drive
                                               Fairview Heights, Illinois   62208
                                               (618) 628-3700   Telephone
                                               (618) 628-3730   Facsimile
                                               E-mail: Angela.Scott@usdoj.gov