IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CRIMINAL NO. 18-30022-SMY |
| | ) | |
| RICARDO D. MINOR, | ) | |
| | ) | |
| Defendant. | ) | |

## GOVERNMENT'S MOTION PURSUANT TO THE CHILD VICTIMS' AND CHILD WITNESSES' RIGHTS ACT

Comes now the United States of America, by and through its attorneys, Steven D. Weinhoeft, United States Attorney for the Southern District of Illinois, and Angela Scott and Amanda Fischer, Assistant United States Attorneys, and, in support of its Motion Pursuant to the Child Victims' and Child Witnesses' Rights Act (the "Act"), states as follows:

Defendant Ricardo D. Minor is charged with Enticement of a Minor, Transportation with Intent to Engage in Criminal Sexual Activity, and four counts of Attempting to Obstruct, Influence, and Impede an Official Proceeding. The defendant's trial is scheduled to begin on January 14, 2019. There are two minors involved in the case, the victim (M.F.) and the minor who witnessed the sexual relationship between the minor victim and the defendant (M.K.). Both minors are entitled to certain rights pursuant to the Child Victims' and Child Witnesses' Rights Act, located at Title 18, United States Code, Section 3509. One of these rights is the right to privacy. 18 U.S.C. § 3509(d). The Act provides for various measures that may be taken to protect the name

1

or other personal information of a minor victim or witness, including filing documents under seal, seeking protective orders, and "any other measures that may be necessary to protect the privacy of the child." To this end, the undersigned AUSA has only provided defense counsel with documents relating to the minor victim and witness that have been redacted to show only their initials. In addition, the Government has redacted the last names of the parents of the minors if the last name is the same as that of the minor. To continue protecting the privacy and identity of the minor victims, the Government respectfully requests that only the minors' initials be used in all court filings and court proceedings, with the exception of the trial.

It is anticipated that both M.F. and M.K. will have to testify at trial. The Government respectfully requests that only the first name of the minors be used at trial, and that any inadvertent mention of their last name be automatically redacted from the transcript. This will ensure that the minors be treated with respect for their privacy by protecting their identity from the members of the jury, audience members, and any members of the press who might be present. Moreover, the minors' full names are not crucial to this case, so it will not be prejudicial to the defendant.

WHEREFORE, the Government respectfully requests that this Court direct all counsel to use only the minors' initials with respect to court filings and all court proceedings, with the exception of the trial, and not to otherwise reveal their identities, pursuant to the Child Victims' and Child Witnesses' Rights Act. The Government would respectfully request that this Court direct all counsel to use only the minors' first names at trial and that any inadvertent mention of the minors' last names be

automatically redacted from the transcript so as not to reveal their identities, pursuant to the Child Victims' and Child Witnesses' Rights Act.

Respectfully submitted,

STEVEN D. WEINHOEFT
United States Attorney

s/ *Angela Scott*
ANGELA SCOTT
Assistant United States Attorney
Nine Executive Drive
Fairview Heights, IL   62208
(618) 628-3700 (office)
(618) 628-3730 (fax)
E-mail:   Angela.Scott@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CRIMINAL NO. 18-30022-SMY |
| | ) | |
| RICARDO D. MINOR, | ) | |
| | ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on December 12, 2018, I electronically filed the **Government's Motion Pursuant to the Child Victims' and Child Witnesses' Rights Act** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

FPD Stephen R. Welby

Respectfully submitted,

STEVEN D. WEINHOEFT
United States Attorney

s/ *Angela Scott*
ANGELA SCOTT
Assistant United States Attorney
Nine Executive Drive
Fairview Heights, IL   62208
(618) 628-3700 (office)
(618) 628-3730 (fax)
E-mail:   Angela.Scott@usdoj.gov