IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | No. 18-CR-30022-SMY |
| RICARDO D. MINOR, | ) ) | |
| Defendant. | ) | |

**DEFENDANT'S MOTION TO DISMISS
FOR MULTIPLICITY UNDER RULE 12(b)(3)(B)(ii)**

Defendant Ricardo D. Minor, through his attorney, Federal Public Defender Stephen R. Welby, pursuant to Federal Rule of Criminal Procedure 12(b)(3)(B)(ii) respectfully requests the Court to enter an order dismissing Counts Three through Six of the Indictment or, alternatively, to order the Government to choose only one of those three counts on which to proceed. In support of this motion, undersigned counsel states:

1. Mr. Minor is charged with one count of Enticement of a Minor, in violation of 18 U.S.C. § 2422(b) (Count One); one count of Transportation with Intent to Engage in Criminal Sexual Activity, in violation of 18 U.S.C. § 2423(a) (Count II); and four counts of Attempting to Obstruct, Influence, and Impede an Official Proceeding, in violation of 18 U.S.C. § 2 and 15(c)(2) (Counts Three through Six). *See* Superseding Indictment (DN 31).

2.      The offenses charged in Counts Three through Six constitute the same offense, exposing Mr. Minor to the possibility of multiple punishments for the same offense in violation of the Double Jeopardy Clause of the Fifth Amendment.

WHEREFORE, for the reasons above and more fully discussed in the Memorandum in Support, filed contemporaneously with this Motion, Mr. Minor asks this Court to enter an order dismissing Counts Three through Six or, alternatively, to order the government to choose only one of those three counts on which to proceed.

Respectfully submitted,

/s/ Stephen R. Welby
STEPHEN R. WELBY
ANGELA J. HILL
Federal Public Defender
650 Missouri Avenue, Room G10A
East St. Louis, Illinois 62201
(618) 482-9050

**CERTIFICATE OF SERVICE**

I hereby certify that on January 17, 2019, I mailed a copy of this document to the Defendant, and I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

   AUSA Angela Scott
   AUSA Amanda M. Fischer

/s/Stephen R. Welby
STEPHEN R. WELBY
Federal Public Defender