IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 3:18 CR 30022 SMY |
| | ) |
| RICARDO D. MINOR, | ) |
| | ) |
| Defendant. | ) |

## **JOINT RENEWED MOTION TO HOLD TRIAL IN EAST ST. LOUIS**

COME NOW the parties to this case and respectfully request the trial be held in the East St. Louis courthouse. In support of this motion, the Defendant states the following.

1. The trial in this case is scheduled for February 19, 2019, in the Benton courthouse.

2. The case was indicted by a grand jury in East St. Louis. The charged events are alleged to have occurred in the greater St. Louis area.

3. The Defendant and the alleged child victim live in the Metro East. The Government anticipates calling 22 witnesses. The Defendant may also call a few defense witnesses. All of the witnesses are from the greater St. Louis area. Approximately 18 of these witnesses are civilians, including two children. The Defendant's family and loved ones also live in the Metro East. The Defendant is detained in the St. Louis County Jail.

4. Under Federal Rule of Criminal Procedure 18, a court "must set the place of trial within the district with due regard for the convenience of the defendant, any victim, and the witnesses, and the prompt administration of justice."

5. The parties believe the convenience of the Defendant, the victim, and the witnesses, and the prompt administration of justice favor the trial being held in the East St. Louis courthouse.

Respectfully submitted,

*/s/ Stephen R. Welby*
STEPHEN R. WELBY
Federal Public Defender
650 Missouri Avenue, Room G10A
East St. Louis, Illinois 62201
(618) 482-9050

By consent:

*/s/ Angela Scott*
ANGELA SCOTT
Assistant United States Attorney
Nine Executive Drive, Suite 300 Fairview
Heights, Illinois 62208

## **CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies he has caused a true and correct copy of the foregoing to be served upon:

Ms. Angela Scott
Assistant United States Attorney
Nine Executive Drive, Suite 300
Fairview Heights, Illinois 62208

via electronic filing with the Clerk of the Court using the CM/ECF system this 30th day of January, 2019.

*/s/ Stephen R. Welby*
STEPHEN R. WELBY