IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

FILED

MAR 19 2019

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CRIMINAL NO. 18-30022-SMY |
| ) | |
| RICARDO D. MINOR, ) | Title 18, United States Code, |
| ) | Sections 2, 1512(c)(2), 2422(b) |
| Defendant. ) | and 2423(a). |

## SECOND SUPERSEDING INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1

**ENTICEMENT OF A MINOR**

From on or about June 14, 2017, until on or about September 3, 2017, in Madison and St. Clair Counties, within the Southern District of Illinois,

**RICARDO D. MINOR,**

defendant herein, used a facility of interstate and foreign commerce to knowingly persuade, induce, entice, and coerce an individual who had not attained the age of 18 years to engage in sexual activity for which a person could be charged with a criminal offense, that is, Aggravated Criminal Sexual Abuse in violation of 720 ILCS 5/11-1.60(d); all in violation of Title 18, United States Code, Section 2422(b).

### COUNT 2

**TRANSPORTATION WITH INTENT TO ENGAGE IN CRIMINAL SEXUAL ACTIVITY**

From on or about June 14, 2017, until on or about September 3, 2017, in Madison and St. Clair Counties, Illinois, within the Southern District of Illinois, and the State of Missouri,

**RICARDO D. MINOR,**

defendant herein, did knowingly transport an individual who had not attained the age of 18 years in interstate commerce from Madison and St. Clair Counties, Illinois to Missouri with the intent that such individual engage in sexual activity for which a person can be charged with a criminal offense, that is, Statutory Rape, Second Degree, in violation of Section 566.034 RSMo; all in violation of Title 18, United States Code, Section 2423(a).

## COUNT 3

**ATTEMPTING TO OBSTRUCT, INFLUENCE, AND IMPEDE AN OFFICIAL PROCEEDING**

From on or about September 1, 2017, until on or about November 27, 2017, in St. Clair and Madison Counties, within the Southern District of Illinois,

**RICARDO D. MINOR,**

defendant herein, did corruptly attempt to obstruct, influence, and impede an official proceeding, namely, the federal grand jury or a proceeding in the District Court for the Southern District of Illinois, by persuading the victim, M.F., (1) to cause a witness, T.Y., to falsely retract T.Y.'s statement to the defendant's employer that the defendant was engaged in a sexual relationship with M.F.; (2) to falsely report to the defendant's employer that she had not been engaged in a sexual relationship with the defendant, when in fact she had; (3) to falsely report to the defendant's co-worker, B.T., that she had not been engaged in a sexual relationship with the defendant, when in

fact she had; and (4) to no longer pursue charges against him; in violation of Title 18, United States Code, Sections 2 and 1512(c)(2).

A TRUE BILL

FOREPERSON

*Angela Scott*
ANGELA SCOTT
Assistant United States Attorney

*[signature]*
STEVEN D. WEINHOEFT
United States Attorney

Recommended Bond: Detention as previously ordered