IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CRIMINAL NO. 18-30022-SMY |
| | ) | |
| RICARDO D. MINOR, | ) | |
| | ) | |
| Defendant. | ) | |

**GOVERNMENT'S THIRD MOTION TO DISCLOSE GRAND JURY
MATERIAL**

NOW COMES the United States of America, by and through its attorneys,
Steven D. Weinhoeft, United States Attorney for the Southern District of Illinois, and
Angela Scott and Amanda Fischer, Assistant United States Attorneys, and hereby
respectfully requests authority to disclose additional grand jury material to the
defense, and in support thereof, states as follows:

1.  On March 19, 2019, a second superseding indictment was issued

    charging Defendant Ricardo D. Minor with Enticement of a Minor,

    Transportation with Intent to Engage in Criminal Sexual Activity, and

    Attempting to Obstruct, Influence, and Impede an Official Proceeding.

    He has a current trial date of June 17, 2019. The Government has

    provided defense counsel with all of the discovery materials that it has

    in its possession with the exception of the Grand Jury transcript for the

    second superseding indictment which it only recently received.

2.  This grand jury testimony, which is protected by Federal Rule of

    Criminal Procedure 6, is of a necessary government witness, Collinsville

Police Sergeant Mark Krug, should this case proceed to trial. This material will constitute Jencks Act materials because Sergeant Krug is expected to be a necessary government witness and, although the Government is not required to turn over Jencks Act materials until after the witness testifies, in the interests of preventing any delay in any potential pretrial matters, the Government is prepared to turn over these materials once the Court rules on its motion.

3. Pursuant to Federal Rule of Criminal Procedure 6(e)((3)(E)(i), the Court may authorize disclosure of a grand jury matter preliminarily to or in connection with a judicial proceeding.

WHEREFORE, the United States respectfully requests that it be given authority, pursuant to Federal Rule of Criminal Procedure 6(e)(3)(E)(i), to disclose these additional grand jury materials to the defense.

Respectfully submitted,

STEVEN D. WEINHOEFT
United States Attorney

/s/ *Angela Scott*
ANGELA SCOTT
Assistant United States Attorney
Nine Executive Drive
Fairview Heights, Illinois    62208
(618) 628-3700    Telephone
(618) 628-3730    Facsimile
E-mail: Angela.Scott@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
vs. ) CRIMINAL NO. 18-30022-SMY
)
RICARDO D. MINOR, )
)
Defendant. )

## CERTIFICATE OF SERVICE

I hereby certify that on April 19, 2019, I electronically filed the **Government's**

**Third Motion to Disclose Grand Jury Material** with the Clerk of Court using the

CM/ECF system which will send notification of such filing to the following:

FPD Steve Welby and AFPD Angela Hill

Respectfully submitted,

STEVEN D. WEINHOEFT
United States Attorney

/s/ *Angela Scott*
ANGELA SCOTT
Assistant United States Attorney
Nine Executive Drive
Fairview Heights, Illinois   62208
(618) 628-3700   Telephone
(618) 628-3730   Facsimile
E-mail: Angela.Scott@usdoj.gov