# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 18-CR-30022-SMY |
| RICARDO D. MINOR, | ) |
| Defendant. | ) |

## ORDER

**YANDLE, District Judge**

Defendant Ricardo Minor has been charged in a Second Superseding Indictment with one Count of Enticement of a Minor, one Count of Transportation with Intent to Engage in Criminal Sexual Activity, and one Count of Attempting to Obstruct, Influence and Impede An Official Proceeding (Doc. 83). Defendant has been ordered detained pursuant to 18 U.S.C. § 3142(e) and (i), based on the Magistrate Judge's finding that no condition for combination of conditions will reasonably assure Defendant's appearance as required or reasonably assure the safety of the community (Doc. 17). Trial is set for October 28, 2019, and Defendant faces a statutory sentencing range of 10 years to life (Doc. 85).

Defendant moves to be temporarily released from custody on bond to either be transported by his mother or escorted by the United States Marshals Service to and from the visitation and funeral services of his father, Robert Earl Stockett, Sr. on July 19, 2019 and July 20, 2019 (Doc. 107). The Government objects to the granting of bond, but does not object to Defendant being escorted by the police or Marshals Service.

While the Court extends it sympathies to Defendant, there are obvious security concerns inherent in allowing Defendant to be released and transported by a family member, particularly

given the previous finding that he represents both a flight risk and risk to the community. And, pursuant to agency policy, the U.S. Marshals Service will not transport a prisoner to a funeral under any circumstance. Accordingly, Defendant's Motion for Temporary Bond to Attend Funeral Services (Doc. 107) is **DENIED**.

**IT IS SO ORDERED.**

**DATE: July 16, 2019**

_____
**STACI M. YANDLE
UNITED STATES DISTRICT JUDGE**