IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 3:18 CR 30022 SMY |
| | ) |
| RICARDO D. MINOR, | ) |
| | ) |
| Defendant. | ) |

## **MOTION TO SCHEDULE A CHANGE OF PLEA HEARING**

COMES NOW Defendant Ricardo D. Minor, by and through counsel, and respectfully notifies the Court that the parties have reached an agreement on the disposition of this case. Mr. Minor respectfully requests this Court to schedule a change of plea hearing at the Court's convenience.

                                                  Respectfully submitted,

                                                  */s/ Stephen R. Welby*
                                                  STEPHEN R. WELBY
                                                  Federal Public Defender
                                                  650 Missouri Avenue, Room G10A
                                                  East St. Louis, Illinois 62201
                                                  (618) 482-9050
                                                  ATTORNEY FOR DEFENDANT

# CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies he has caused a true and correct copy of the foregoing to be served upon:

>Ms. Angela Scott
>Ms. Amanda Fischer
>Assistant United States Attorney
>Nine Executive Drive, Suite 300
>Fairview Heights, Illinois 62208

via electronic filing with the Clerk of the Court using the CM/ECF system this 18th day of October, 2019.

>*/s/ Stephen R. Welby*
>STEPHEN R. WELBY