DocuSign Envelope ID: B1640E6A-87F4-4CBE-B04E-D85EEC066D6E

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| UNITED STATES OF AMERICA, | ) |
|---|---|
| Plaintiff, | ) |
| vs. | ) No. 18-cr-30022-SMY |
| RICARDO D. MINOR, | ) |
| Defendant. | ) |

## DEFENDANT'S NOTICE REGARDING VIDEO TELECONFERENCE

COMES NOW Defendant Ricardo Minor, by and through counsel, and hereby notifies the Court of the following:

1. Counsel conferred with Defendant and explained Defendant's right to be physically present at, among other proceedings, change of plea hearings (Federal Rule of Criminal Procedure 11), sentencings (Federal Rule of Criminal Procedure 32), and probation/supervised release revocation hearings (Federal Rule of Criminal Procedure 32.1).

2. Defendant respectfully states:

   __X__ Defendant will consent to a video teleconferencing hearing and requests the Court to schedule a hearing as soon as possible.

   __X__ Defendant requests a hearing in open court and requests the hearing be scheduled without unnecessary delay.

Respectfully submitted,

Date: 1/11/2021

*Joslyn Sandifer*
D1FD29DDDCCD442...
Attorney for Defendant