# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| PLAINTIFF ) | |
| v. ) | |
| ) | Case No.: 3:18-CR-300022-SMY |
| RICCARDO MINOR ) | |
| DEFENDANT. ) | |

## REQUEST FOR EXTENSION OF TIME TO FILE OBJECTIONS TO PSR

COMES NOW, Defendant, Riccardo Minor, by and through his attorney Joslyn R. Sandifer of Sandifer & Associates, and ask this Court to grant his request for additional time to file objections to his PSR and in support thereof states the following:

1. On April 12, 2021 Mr. Minor's PSR was filed. Counsel at that time was given 14 days to file objections.

2. Counsel immediately scheduled a ZOOM consultation with client on April 15, 2021 to discuss, review and read the PSR that was provided by probation.

3. On April 20, 2021 Counsel reached out to probation regarding her concerns and received a prompt response that her concerns would be discussed and researched.

4. To date Counsel and probation have not yet been able to coordinate regarding the need for objections and Counsel believes it would benefit all if additional time could be granted to determine if a consensus can be reached.

5. This continuance is not sought for the purpose of delay but is sought so that defendant may be afforded due process of law under the Fifth Amendment and effective assistance of counsel under the Sixth Amendment to the U.S. Constitution. It is submitted these reasons outweigh the interest of the public and defendant to a speedy trial under 18 U.S.C. Sec. 3161(c)(1).

WHEREFORE, Defendant requests the above-captioned trial date be canceled and prays that the Court continue the above cause.

RESPECTFULLY SUBMITTED,

/s/ Joslyn Anthony Sandifer
_____
Joslyn Anthony Sandifer, 6295781
Sandifer & Associates Attorneys at Law, LLC
Attorney for Defendant
7008 West Main
Belleville, IL 62223
Phone: (618) 489-1234
Fax: (618) 551-4855
jrs@sandiferlegal.com

IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| PLAINTIFF ) | |
| v. ) | |
| ) | Case No.: 3:18-CR-300022-SMY |
| RICCARDO MINOR ) | |
| DEFENDANT. ) | |

## CERTIFICATE OF SERVICE

I certify that on April 26, 2021, I filed the above motion through the CM/ECF system. This system has also notified the proper Assistant United States Attorney in this matter.

RESPECTFULLY SUBMITTED,

/s/ Joslyn Anthony Sandifer
_____
Joslyn Anthony Sandifer, 6295781
Sandifer & Associates Attorneys at Law, LLC
Attorney for Defendant
7008 West Main
Belleville, IL 62223
Phone: (618) 489-1234
Fax: (618) 551-4855
jrs@sandiferlegal.com